JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE ALKANA, an individual, | Case No.:  CV09-02783 JFW (RZx) |
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Based upon the parties' stipulation and notice of settlement,

IT IS NOW ORDERED that the above-captioned matter is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

DATED:  December 10, 2009

_____
U.S. DISTRICT JUDGE